# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

SHAVON BOYD,                    )
                               )
Petitioner,                    )
                               )
vs.                            )    CAUSE NO. 3:15-CV-193
                               )
SUPERINTENDENT,                )
                               )
Respondent.                    )

## OPINION AND ORDER

This matter is before the Court on a Petition under 28 U.S.C. Paragraph 2254 for Writ of Habeas Corpus by a person in State Custody filed by Shavon Boyd, a *pro se* prisoner, on May 7, 2015. For the reasons set forth below, the court **DENIES** the petition (DE #1).

BACKGROUND

Shavon Boyd filed a habeas corpus petition challenging WCC 15-03-0073, a prison disciplinary proceeding held at the Westville Correctional Facility. On March 11, 2015, the Disciplinary Hearing Body (DHB) found him guilty of Threatening/Abuse of Mail in violation of B-213. As a result, he was sanctioned with the loss of 30 days earned credit time, but the deprivation was suspended and has not yet been imposed. (DE #1 at 1.) As such, he has not yet lost any earned credit time as a result of this hearing.

<u>DISCUSSION</u>

A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary proceeding did not result in the lengthening of the duration of his confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied. If in the future the suspended sanction is imposed, then he may file another habeas corpus petition challenging this hearing.

<u>CONCLUSION</u>

For the reasons set forth above, the court **DENIES** the petition pursuant to SECTION 2254 HABEAS CORPUS RULE 4 and this case is dismissed without prejudice. (DE #1).

**DATED: May 14, 2015**                    **/s/RUDY LOZANO, Judge**
                                           **United State District Court**